THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRIS ALBERT RIBAUDO, | : |
| **Plaintiff** | : |
| v. | : 3:18-CV-1190 |
| | : (JUDGE MARIANI) |
| OFFICER SAMUEL DESIMONE, | : |
| **Defendant** | : |

**ORDER**

**AND NOW, THIS 6th DAY OF JULY, 2023**, upon review of Magistrate Judge Susan Schwab's Report & Recommendation ("R&R") (Doc. 87) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 87) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

---

[1] Magistrate Judge Schwab's reasoning and conclusion that Plaintiff has failed to prosecute and has abandoned this action is further supported by Plaintiff's failure to file any Objections to the pending R&R. The Court agrees with the R&R's findings that an application of the *Poulis* factors supports the dismissal of this action. *See* Doc. 87, at 9-13; *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984). Further, an analysis of the sixth *Poulis* factor – meritoriousness of the claim – is bolstered by the R&R's recommendation that, were the Court to consider Defendant's summary judgment motion, that motion should be granted where the undisputed facts show that Defendant "had a warrant supported by probable cause for [Plaintiff's] arrest and probable cause supported the charges against [Plaintiff]" (Doc. 87, at 13).

3. The Clerk of Court is directed to **CLOSE** this action.

_____
Robert D. Mariani
United States District Judge